| | |
|---|---|
| 1 | Kirk J. Anderson (SBN 289043) |
| 2 | kanderson@budolaw.com |
|   | Budo Law P.C. |
| 3 | 5610 Ward Rd., Suite #300 |
|   | Arvada, CO  80002 |
| 4 | Telephone: (720) 225-9440 |
|   | Facsimile: (720) 225-9331 |
| 5 | Attorney for Plaintiff SolutionInc Limited |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| SolutionInc Limited, | Case No. 2:19-CV-10306-PSG-E |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| v. | Complaint served: Dec. 13, 2019 |
| ZyXEL Communications, Inc., | Current response date: Jan. 3, 2020 |
| Defendant. | **New response date: Feb. 3, 2020** |
| | (Feb. 2 being a Sunday) |

Pursuant to Fed. R. Civ. P. 6 and Local Rule 8-3, Plaintiff SolutionInc Limited ("Plaintiff") and Defendant ZyXEL Communications, Inc. ("Defendant"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff served its Complaint on December 13, 2019;

WHEREAS, Defendant currently has until January 3, 2020, to answer or respond to Plaintiff's Complaint;

WHEREAS, the Parties agree, pursuant to Fed. R. Civ. P. 6 and Local Rule 8-3, that Defendant will have an additional 30 days to respond to the Complaint;

STIPULATION OF EXTENSION OF TIME
TO FILE ANSWER OR OTHERWISE RESPOND

WHEREAS, there has been no previous request for extension of time in connection with this matter;

WHEREAS, Counsel for Defendant has consented to this extension; and

WHEREAS, Counsel for Defendant has consented to the filing of this extension.

NOW, THEREFORE IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the deadline for Defendant to respond to Plaintiff's Complaint be extended by 30 days, up to and including February 3, 2020 (February 2 being a Saturday).

Dated: January 1, 2020

Respectfully submitted,

Budo Law P.C

*/s/ Kirk J. Anderson*
Kirk J. Anderson, Esq.
California Bar. No. 289043
Email: kanderson@budolaw.com
5610 Ward Rd., Suite #300
Arvada, CO 80002
Telephone: (720) 225-9440
Facsimile: (720) 225-9331

Counsel for Plaintiff
SolutionInc Limited

CERTIFICATE OF SERVICE

I hereby certify that on January 1, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

/s/
Kirk J. Anderson, Esq.

STIPULATION OF EXTENSION OF TIME
TO FILE ANSWER OR OTHERWISE RESPOND